UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| LISA A. NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:06-cv-176-JDT-WGH |
| | ) | |
| J.C. PENNEY CORPORATION, INC., and | ) | |
| H.D. LEE CO., INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| J.C. PENNEY CORPORATION, INC., | ) | |
| | ) | |
| Cross-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| H.D. LEE CO., INC., | ) | |
| | ) | |
| Cross-Defendant. | ) | |

**ENTRY ON CROSS-CLAIMANT'S MOTION FOR LEAVE TO FILE AMENDED CROSS-CLAIM AND CROSS DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTER CROSS-CLAIM**

**I.   Introduction**

This matter is before the Court on Cross-Claimant's Motion for Leave to File Amended Cross-Claim filed November 21, 2007 (Docket No. 20) and Cross-Defendant's Motion for Leave to File Amended Answer and Counter Cross-Claim filed November 23, 2007 (Docket Item 22).

## II.    Analysis

The amendment of pleadings by a party is governed by Rule 15(a) of the Federal Rules of Civil Procedure. That rule permits the amendment of a pleading after a responsive pleading has been filed only upon leave of the Court or consent of the adverse party, but notes that leave should be freely given when justice requires. FED. R. CIV. P. 15(a).

In this instance Cross-Claimant, J.C. Penney Corporation, Inc. ("J.C. Penney"), wishes to Amend its Cross-Claim to include a claim of contractual indemnity based on a contract allegedly in existence between J.C. Penney and Cross-Defendant, H.D. Lee Company, Inc. ("Lee"). Lee has consented to the filing of the Amended Cross-Claim so long as it is allowed to amend its Answer to the Cross-Claim and file a Counter Cross-Claim. Hence, the only issue is whether or not Lee's Amended Answer to the Cross-Claim and Counter Cross-Claim are permitted.

Rule 15(a)(3) of the Federal Rules of Civil Procedure clearly permits Lee's filing of such an amendment within ten (10) days of the filing of J.C. Penney's Amended Cross-Claim. However, the Court is not obligated to allow such an amendment if such an amendment would be futile. In this instance, Lee is attempting to amend its Answer to the Cross-Claim and file a Counter Cross-Claim in order to include an independent tort of spoliation of evidence. There is a significant dispute between the parties over whether Indiana or Texas law concerning spoliation of evidence applies to this matter. As there is a reasonable argument that Indiana law applies, at least to the issue of spoliation of evidence,

the Court concludes that the amendment that Lee seeks will not be futile.  J.C. Penney is correct that the Indiana Supreme Court in *Gribben v. Wal-Mart Stores, Inc.,* held that Indiana does not recognize an independent cause of action for negligent or intentional "first party" spoliation of evidence.  824 N.E.2d 349, 355 (Ind. 2005).  However, the Court has reviewed the decision in *Large v. Mobile Tool International, Inc.,* from the Northern District of Indiana, and has determined that Indiana may recognize an independent cause of action for spoliation of evidence under the circumstances present in this case.  2007 WL 2187106, *6 (N.D. Ind. 2007)(explaining that there is nothing to suggest that Indiana prohibits a spoliation claim as a valid defense for a third-party defendant).  Because J.C. Penney has not demonstrated that Lee's amendments would be futile, the Court grants Lee's Motion for Leave to File Amended Answer and Counter Cross-Claim.

### III.  Conclusion

For the reasons outlined above, J.C. Penney's Motion for Leave to File Amended Cross-Claim and Lee's Motion for Leave to File Amended Answer and Counter Cross-Claim are **GRANTED**.

**SO ORDERED.**

**Dated:**  December 21, 2007

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Electronic copies to:**

Philip Harrison Cade
SALES TILLMAN & WALLBAUM ET AL.
sgentry@stwlaw.com

Jeffrey B. Fecht
RILEY BENNETT & EGLOFF LLP
jfecht@rbelaw.com

Matthew Hunter Jones
BOEHL STOPHER & GRAVES
mjones@bsg-in.com

Anthony R. Jost
RILEY BENNETT & EGLOFF LLP
tjost@rbelaw.com

Curtis Paul Moutardier
BOEHL STOPHER & GRAVES LLP
cmoutardier@bsg-in.com